PROB 12C
(6/16)

Report Date: March 23, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 24, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Samantha Faye Smartlowit | Case Number: 0980 1:20CR02039-SAB-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 17, 2021

| | | |
|---|---|---|
| Original Offense: | Theft of Government Property 18 U.S.C. § 641 | |
| Original Sentence: | Prison - 6 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ian Garriques | Date Supervision Commenced: March 11, 2021 |
| Defense Attorney: | Robin C. Emmans | Date Supervision Expires: March 10, 2024 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of release from imprisonment, unless the probation officer tells you to report to a different probation office or within a different time frame.<br><br>**Supporting Evidence**: Ms. Smartlowit is alleged to have violated her conditions of supervised release by failing to report to the U.S. Probation office within 72 hours of her release on March 15, 2021.<br><br>On February 17, 2021, at sentencing, the Court reviewed and confirmed with Ms. Smartlowit that she understood her conditions of supervised release, which included standard condition number 1, as noted above.<br><br>On March 10, 2021, at approximately 5:30 p.m., Ms. Smartlowit released from the Yakima County Jail. By March 15, 2021, Ms. Smartlowit failed to reported to the probation office nor to the undersigned officer as ordered by the Court. |

Prob12C
Re: Smartlowit, Samantha Faye
March 23, 2021
Page 2

2   **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Ms. Smartlowit is alleged to have violated her conditions of supervised release by failing to report to probation as directed on March 19, 2021.

On February 17, 2021, at sentencing, the Court reviewed and confirmed with Ms. Smartlowit that she understood her conditions of supervised release, which included standard condition number 2, as noted above.

On March 17, 2021, after Ms. Smartlowit failed to report within 72 hours as noted in violation number 1, this officer, with the assistance of a relative, was able to make contact with Ms. Smartlowit. On this date, this officer instructed the offender to report to the U.S. Probation office on March 19, 2021, at 10 a.m., which she failed to do. It should be noted, once she was scheduled to report, Ms. Smartlowit called, requesting and receiving a later report time of 3 p.m. As of the writing of this report, Ms. Smartlowit has not made contact with this officer and her current whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 23, 2021

s/Nick Bazan

Nick Bazan
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

3/24/2021
Date