PROB 12C
(6/16)

Report Date: May 6, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 06, 2021

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Samantha Faye Smartlowit    Case Number: 0980 1:20CR02039-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 17, 2021

Original Offense:    Theft of Government Property, 18 U.S.C. § 641

Original Sentence:    Prison - 6 months            Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:    Ian Garriques            Date Supervision Commenced: March 9, 2021

Defense Attorney:    Robin C. Emmans            Date Supervision Expires: March 10, 2024

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 03/23/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Ms. Smartlowit is alleged to have violated her conditions of supervised release by committing malicious mischief/vandalism (case number 21-002371) on April 21, 2021.

On February 17, 2021, at sentencing, the Court reviewed and confirmed with Ms. Smartlowit that she understood her conditions of supervised release, which included mandatory condition number 1, as noted above.

On April 21, 2021, at approximately 8:11 p.m. according to a Yakama Nation Tribal Police incident report, officers responded to the area of Fort Road and Adams View Drive in Wapato, Washington, in reference to a malicious mischief that occurred. Officers made contact with the victim who reported a subject in a red tank top had thrown a beer bottle at his windshield as he was driving by. The victim advised the beer bottle had knocked his passenger windshield wiper off his vehicle and the subject was still in the area as they had walked away into some trees close to Lateral B and Fort Road in Wapato. According to the incident report, Tribal police officers then received a report of a subject jumping in front of

Prob12C
**Re: Smartlowit, Samantha Faye**
May 6, 2021
Page 2

vehicles near Fort Road and Adams View Drive wearing a red tank top. Officers arrived back on the scene and made contact with a subject who matched the description given by the victim. The subject identified herself as Ms. Smartlowit. Ms. Smartlowit was arrested and booked into the Yakama Nation Corrections Center. This case is currently pending.

4   **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Ms. Smartlowit is alleged to have violated her conditions of supervised release by committing a hit and run attended vehicle and third degree driving while license suspended (case number 1A0394189) on April 19, 2021.

According to the Toppenish Police incident report dated April 19, 2021, officers responded to a report of a hit and run in the 700 block of West 1st Avenue in Toppenish, Washington. When officers arrived, the victim's vehicle was located and officers observed damage to the rear of her vehicle, consistent with a rear end accident. The victim stated she came to a stop to turn into Howard's Tire Factory when she was struck from behind by a truck. The victim stated she was not injured and the vehicle that struck her began to leave the area into the parking lot of Safeway. The victim stated she observed a female driver wearing a red sweatshirt trying to start the truck that struck her and it would not start. The victim stated the female driver, along with three other occupants, fled the area. Per the incident report, officers noted the truck, which had a custom-made camper on the bed, was parked in the Safeway parking lot, unoccupied. According to the incident report, officers were then approached by a male who advised the truck was his. He stated he was in the camper portion of the truck and a female named "Sam" who he had just met at Legends Casino, was driving the vehicle. The male advised officers he entered the rear camper of the truck and "Sam" entered the cab of the truck and began to drive. While processing the scene, officers were approached by a second male who advised he had been the rear passenger in the truck and left the scene as he was scared. According to the incident report, officers created a photo line up and Ms. Smartlowit was identified by all parties as the driver of the truck. This case is currently pending.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 6, 2021

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

Prob12C
**Re: Smartlowit, Samantha Faye**
**May 6, 2021**
**Page 3**

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

5/6/2021
Date