PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 28, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Samantha Faye Smartlowit    Case Number: 0980 1:20CR02039-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 17, 2021

| | | |
|---|---|---|
| Original Offense: | Theft of Government Property, 18 U.S.C. § 641 | |
| Original Sentence: | Prison - 6 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ian Garriques | Date Supervision Commenced: March 11, 2021 |
| Defense Attorney: | Robin C. Emmans | Date Supervision Expires: March 10, 2024 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

1    **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Ms. Smartlowit is alleged to have violated her conditions of supervised release by failing to report to the probation office as directed on June 24, 2021.

On February 17, 2021, and May 12, 2021, the Court reviewed and confirmed with Ms. Smartlowit that she understood her conditions of supervised release, which included standard condition number 2, as noted above.

On May 12, 2021, a supervised release revocation hearing was held before Your Honor. Ms. Smartlowit's term of supervised release was revoked and she was ordered to enter into inpatient treatment at American Behavioral Health Services (ABHS) on May 18, 2021. All previously ordered conditions of supervision remained in effect (ECF 318).

During the revocation hearing on May 12, 2021, defense and this officer presented to the Court a release plan for Ms. Smartlowit upon completion of inpatient treatment. Ms. Smartlowit was accepted into the Discovery Program at the Union Gospel Mission (UGM)

Prob12C
Re: Smartlowit, Samantha Faye
June 25, 2021
Page 2

in Yakima, Washington, where she would enter a 60 to 90 day stabilization program and reside at the UGM. After completing the Discovery Program, Ms. Smartlowit would move into the New Life Program (NLP). The NLP is a faith-based, year long residential recovery program. Ms. Smartlowit agreed to follow through with this opportunity.

Ms. Smartlowit entered into ABHS as directed on May 18, 2021.

On June 17, 2021, this officer, Ms. Smartlowit and her chemical dependency treatment counselor had a telephone conference surrounding her release plan from ABHS into the Discovery Program. Ms. Smartlowit was advised this officer made travel arrangements with the Discovery Program to have someone pick Ms. Smartlowit up from the Greyhound bus station upon her return to Yakima, and transport her to the UGM. This officer also directed Ms. Smartlowit to report to the probation office at 3 p.m. on June 24, 2021. Ms. Smartlowit verbally agreed and the above-noted plan was noted in her discharge summary from ABHS.

On June 22, 2021, this officer received an email from the Discovery Program manager stating she arrived at the Greyhound bus station in Yakima, but was informed Ms. Smartlowit did not make it to Yakima. She advised another passenger told her Ms. Smartlowit got off the bus in Pasco, Washington.

As of the submission of this report, Ms. Smartlowit has not contacted nor reported to this officer as directed.

2    **Standard Condition #5:** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence:** Ms. Smartlowit is alleged to have violated her conditions of supervised release by failing to notify the probation office within 72 hours of becoming aware of a change or expected change in her living arraignments since June 22, 2021.

On February 17, 2021, and May 12, 2021, the Court reviewed and confirmed with Ms. Smartlowit that she understood her conditions of supervised release, which included standard condition number 5, as noted above.

On June 17, 2021, this officer, Ms. Smartlowit, and her counselor at ABHS had a telephone conference to confirm Ms. Smartlowit's release plan upon completion of inpatient treatment. Ms. Smartlowit verbally agreed with the recommendation she would be picked up at the Greyhound bus station in Yakima, on June 22, 2021, and transported to the UGM for entrance into the Discovery Program. Ms. Smartlowit was also provided the name of the Discovery Program staff member who would meet her at the Greyhound bus station on June 22, 2021.

At 11 a.m. on June 22, 2021, Ms. Smartlowit graduated from inpatient treatment at ABHS and was taken to the Greyhound bus station in Spokane, Washington. At 6:35 p.m. on June 22, 2021, this officer received an email from the Discovery Program manager stating she went to the Greyhound bus station in Yakima, to pick Ms. Smartlowit up; however, she was

Prob12C
**Re: Smartlowit, Samantha Faye**
**June 25, 2021**
**Page 3**

not there. She advised another passenger informed her that Ms. Smartlowit got off the bus in Pasco. As of the submission of this report, Ms. Smartlowit's whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  June 25, 2021

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Stanley A. Sastrai* (signature)

Signature of Judicial Officer

6/28/2021

Date