PROB 12C
(6/16)

Report Date: August 11, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 12, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Samantha Faye Smartlowit     Case Number: 0980 1:20CR02039-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 17, 2021

| | | |
|---|---|---|
| Original Offense: | Theft of Government Property, 18 U.S.C. § 641 | |
| Original Sentence: | Prison - 6 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(05/21/21) | Prison - Credit for time served<br>TSR - 36 months | |
| Revocation Sentence:<br>(07/21/21) | Prison - 30 days<br>TSR - 35 months | |
| Asst. U.S. Attorney: | Ian Garriques | Date Supervision Commenced: March 11, 2021 |
| Defense Attorney: | Robin C. Emmans | Date Supervision Expires: March 10, 2024 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number     Nature of Noncompliance

1     **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Ms. Smartlowit is alleged to have violated her conditions of supervised release by failing to report to the probation office as directed on August 10, 2021.

On February 17, and May 12, 2021, the Court reviewed and confirmed with Ms. Smartlowit that she understood her conditions of supervised release, which included standard condition number 2, as noted above.

Prob12C
Re: Smartlowit, Samantha Faye
August 11, 2021
Page 2

On July 21, 2021, a supervised release revocation hearing was held before Your Honor. Ms. Smartlowit's term of supervised release was revoked and sentenced to 30 days confinement with 35 months supervised release to follow. Upon release from confinement, she was ordered to enter into the Yakima Union Gospel Mission's Discovery Program. All previously ordered conditions of supervision remained in effect (ECF 318).

Between July 21, and August 6, 2021, this officer and Ms. Smartlowit's assigned counsel exchanged emails with the program director of the Discovery Program to confirm a staff member would be available to pick up Ms. Smartlowit from the Yakima County Jail upon her release, which was scheduled for Monday, August 9, 2021, at 10 a.m. Ms. Smartlowit was also given instructions by her attorney (in person) and the Discovery Program manager verbally, to report to this officer on Tuesday, August 10, 2021, at 2 p.m.

On August 9, 2021, at approximately 11 a.m. this officer was contacted via email by the Discovery Program manager advising Ms. Smartlowit was picked up from the Yakima County Jail and transported to their facility for admittance.

On August 9, 2021, at 4:30 p.m. this officer received a telephone call from the Discovery Program manager advising he met with Ms. Smartlowit upon arrival at the Union Gospel Mission and went over the Discovery Program rules, requirements and reporting instructions to probation. He stated she attended an Alcoholics Anonymous meeting from 12 p.m. to 1 p.m. Ms. Smartlowit was assigned a peer support person to be with her at all times during the first 2 weeks of the program (referred to as a blackout period). According to the program manager, at approximately 2 p.m., the peer support person went to take a shower. He stated while unsupervised, Ms. Smartlowit took her belongings and some personal hygiene products the program provided her and left the program.

As of the submission of this report, Ms. Smartlowit has not contacted nor reported to this officer as directed and her current whereabouts are unknown.

2   **Standard Condition #5:** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence:** Ms. Smartlowit is alleged to have violated her conditions of supervised release by failing to notify the probation office of a change or expected change in her living arraignments as of August 9, 2021.

On February 17, and May 12, 2021, the Court reviewed and confirmed with Ms. Smartlowit that she understood her conditions of supervised release, which included standard condition number 5, as noted above.

As noted above, a revocation hearing was held before Your Honor on July 21, 2021, and Ms. Smartlowit was ordered to enter into and reside at the Yakima Union Gospel Mission's Discovery Program. Ms. Smartlowit released from the Yakima County Jail on August 9, 2021, and was transported by Union Gospel Mission staff to the facility. According to the

Prob12C
Re: Smartlowit, Samantha Faye
August 11, 2021
Page 3

Discovery Program manager, Ms. Smartlowit took her belongings and left the facility on August 9, 2021, at approximately 2 p.m. As of the writing of this report, Ms. Smartlowit's current whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 11, 2021

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

8/12/2021
Date