PROB 12C
(6/16)

Report Date: August 17, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 18, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Samantha Faye Smartlowit | Case Number: 0980 1:20CR02039-SAB-1 |

Address of Offender: Last Known: ▮▮▮▮▮▮▮▮ Union Gap, Washington 98903

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 17, 2021

| | | | |
|---|---|---|---|
| Original Offense: | Theft of Government Property, 18 U.S.C. § 641 | | |
| Original Sentence: | Prison - 6 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(05/21/2021) | Prison - 30 days<br>TSR - 36 months | | |
| Revocation Sentence:<br>(07/21/2021) | Prison - 30 days<br>TSR - 35 months | | |
| Revocation Sentence:<br>(03/17/2022) | Prison - 3 months<br>TSR - 33 months | | |
| Revocation Sentence:<br>(06/20/2023) | Prison - 3 months<br>TSR - 23 months | | |
| Asst. U.S. Attorney: | To be assigned | Date Supervision Commenced: | June 30, 2023 |
| Defense Attorney: | Robin C. Emmans | Date Supervision Expires: | Tolling |

## PETITIONING THE COURT

To issue a warrant.

On June 20, 2023, during her revocation hearing, Your Honor explained to Ms. Smartlowit the Court's expectations upon release from custody, which included her entering inpatient treatment at American Behavioral Health Services (ABHS).

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

Prob12C
**Re: Smartlowit, Samantha Faye**
**August 17, 2023**
**Page 2**

**Supporting Evidence:** Ms. Smartlowit is alleged to have violated her conditions of supervised release by failing to report to the probation office as directed on August 15, 2023, at 8 a.m.

On August 14, 2023, this officer spoke to Ms. Smartlowit on the telephone. Ms. Smartlowit said she was moved into the Oxford House but had not been home most of the day because she had been running errands, including looking at different college programs at Yakima Community College. This officer asked Ms. Smartlowit when she could report to the probation office to complete her supervised release intake. Ms. Smartlowit said she would like to report tomorrow morning (August 15, 2023) at 8 a.m.

On August 15, 2023, Ms. Smartlowit failed to report to the probation office at 8 a.m. Throughout the day, this officer attempted to contact Ms. Smartlowit several times at the cellular telephone number she provided the day prior, however, was unsuccessful. At approximately 2:14 p.m., this officer received a telephone call from Ms. Smartlowit. Ms. Smartlowit said she has been lying in bed most of the day, avoiding probation because she made a mistake and relapsed. This officer told Ms. Smartlowit she was doing the right thing by contacting the probation office. This officer directed Ms. Smartlowit to report to the office today to discuss her relapse and to complete the supervised release intake. Ms. Smartlowit said she was not sure if she could find a ride, but she would let this officer know. Ms. Smartlowit did not contact the probation officer or report to the probation office by 5 p.m.

On August 16, 2023, this officer attempted to contact Ms. Smartlowit at her cellular telephone number, but was unsuccessful. This officer attempted to conduct a home inspection at Ms. Smartlowit's approved residence, Apple Valley Oxford House, at 403 West Ahtanum Road, Union Gap, Washington. This officer made contact with an individual that resides at the residence. The individual said Ms. Smartlowit had a relapse and was no longer living at the house, but was coming back today to pick up her belongings. This officer provided the individual with a business card with instructions for Ms. Smartlowit to contact the probation office and report on August 17, 2023, at 1 p.m. The individual said she would put the business card in Ms. Smartlowit's room.

On August 17, 2023, this officer contacted the house manager at the Apple Valley Oxford House. The house manager confirmed Ms. Smartlowit had a relapse and is not staying there. Ms. Smartlowit's current whereabouts is unknown.

2  **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Smartlowit is alleged to have violated her conditions of supervised release by consuming a controlled substance on or before August 14, 2023.

Please refer to the supporting evidence narrative found in Violation #1.

Prob12C
Re: Smartlowit, Samantha Faye
August 17, 2023
Page 3

       3       **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected changes.

              **Supporting Evidence**: Ms. Smartlowit is alleged to have violated her conditions of supervised release by failing to notify the probation officer of a change of address on or about August 14, 2023.

              Please refer to the supporting evidence narrative found in Violation #1.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 17, 2023

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]  The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

8/18/2023
Date